1  **THORNDAL, ARMSTRONG, DELK,**
2  **BALKENBUSH & EISINGER**
   Michael P. Lowry, Esq.
3  Nevada Bar No. 10666
   P.O. Drawer 2070
4  Las Vegas, Nevada  89125-2070
   Tel:  (702) 366-0622
5  Fax:  (702) 366-0327
   Email:  mlowry@thorndal.com
6  Attorneys for Full Service Systems Corp.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA SUSANA GO; SALVADOR MAGANTE,<br><br>Plaintiffs,<br><br>vs.<br><br>FULL SERVICE SYSTEMS CORPORATION; DOES I through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No.:  2:15-cv-1985<br><br>**Stipulation to Dismiss with Prejudice** |

The parties stipulate to dismiss 2:15-cv-1985 with prejudice, each to bear their own fees and costs.

| Dated this 5th day of July, 2016 | Dated this 5th day of July, 2016 |
|---|---|
| RICHARD HARRIS LAW FIRM | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| */s/ Bryan A. Boyack* | */s/ Michael P. Lowry* |
| Bryan A. Boyack, Esq.<br>Nevada Bar No. 9980<br>801 S. 4th St.<br>Las Vegas, NV 89101<br>Attorneys for Maria Go; Salvador Magante | Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>P.O. Drawer 2070<br>Las Vegas, NV 89125<br>Attorneys for Full Service Systems Corp. |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 6, 2016

-1-

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), on July 5, 2016, the **Stipulation to Dismiss with Prejudice** was served upon each of the parties via electronic service through the United States District Court for the District of Nevada's ECF system.

*/s/ Michael P. Lowry*
An Employee of Thorndal, Armstrong, Delk, Balkenbush & Eisinger